**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Kenneth James CAPOZZO, Appellant.**

No. 72-1143.

United States Court of Appeals, Ninth Circuit.

April 14, 1972.

Coleman A. Blease (argued), of Karlton, Blease & Vanderlaan, Sacramento, Cal., for appellant.

John F. Cooney, Jr., Asst. U. S. Atty. (argued) F. Steele Langford, Asst. U. S. Atty., James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

* The Honorable Fred M. Taylor, United States District Judge for the District of Idaho, sitting by designation.

Before CHAMBERS and ELY, Circuit Judges, and TAYLOR, District Judge.*

PER CURIAM:

The judgment of conviction is affirmed.